A. DAVID WILLIAMS (Cal. Bar No. 183854)
williamsdav@sec.gov

Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549-4010
Telephone: (202) 551-4548
Telecopier: (202)772-9246

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>Defendants. | Case No.  5:07-cv-02822-JF<br><br>[PROPOSED] ORDER GRANTING RELATIONSHIP 5:08-4348-RS |

**ORDER**

An Administrative Motion to Consider Whether Cases Should Be Related has been filed under Civil Local Rule 3-12(b) notifying the Court and the parties that the following cases are related within the meaning of Civil Local Rule 3-12(a):

1. SEC v. Mercury Interactive LLC et al., C-07-2822 JF

2. SEC v. Kohavi, et al. , 5:08-4348-RS

Having considered all of the material submitted to the Court, and as the Judge assigned to the earliest filed case:

IT IS HEREBY ORDERED that the cases are related as defined by Civil Local Rule 3-12(a). IT IS HEREBY FURTHER ORDERED that, pursuant to Civil Local Rule 3-12(f), the Clerk of Court is ordered to reassign the later-filed actions to the undersigned. Counsel are instructed that all future filings are to bear the initials **JF** immediately after the case number. All matters presently scheduled for hearing in the reassigned cases are vacated and must be renoticed for hearing before the undersigned.

Dated: December 17, 2008

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE