A. DAVID WILLIAMS (Cal. Bar No. 183854)
williamsdav@sec.gov

Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549-4010
Telephone:  (202) 551-4548
Telecopier:  (202)772-9246

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>    Defendants. | Case No.  5:07-cv-02822-JF<br><br>[PROPOSED] ORDER GRANTING RELATIONSHIP 5:08-4348-RS |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | An Administrative Motion to Consider Whether Cases Should Be Related has been filed |
| 3 | under Civil Local Rule 3-12(b) notifying the Court and the parties that the following cases are |
| 4 | related within the meaning of Civil Local Rule 3-12(a): |
| 5 | 1. SEC v. Mercury Interactive LLC et al., C-07-2822 JF |
| 6 | 2. SEC v. Kohavi, et al. , 5:08-4348-RS |
| 7 | Having considered all of the material submitted to the Court, and as the Judge assigned to |
| 8 | the earliest filed case: |
| 9 | IT IS HEREBY ORDERED that the cases are related as defined by Civil Local Rule 3- |
| 10 | 12(a). IT IS HEREBY FURTHER ORDERED that, pursuant to Civil Local Rule 3-12(f), the |
| 11 | Clerk of Court is ordered to reassign the later-filed actions to the undersigned. Counsel are |
| 12 | instructed that all future filings are to bear the initials **JF** immediately after the case number. All |
| 13 | matters presently scheduled for hearing in the reassigned cases are vacated and must be renoticed |
| 14 | for hearing before the undersigned. |
| 15 | Dated: December 17, 2008 |
| 16 | _____ |
| 17 | JEREMY FOGEL<br>UNITED STATES DISTRICT JUDGE |

- 1 -